UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No:   14-52573-pmb |
| | ) | |
| **Kevin Christopher D'Aloisio and** | ) | |
| **Cheryl Beth D'Aloisio,** | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtors | ) | |

**NOTICE OF HEARING ON MOTION TO RETAIN
INCOME TAX REFUND**

  **PLEASE TAKE NOTICE** that the Debtor in the above- referenced matter filed a "Motion" seeking to Retain Income Tax Refund.

  **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in **Courtroom 1202**, U.S. Courthouse, 75 Ted Turner Dr. SW, Atlanta, GA 30303 at **10:00 a.m. on July 6, 2017**.

  Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, 75 Ted Turner Dr., SW, Room 1340, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                     Respectfully submitted,

                     __/s/_____
                     Dan Saeger
                     Attorney for the Debtor
                     GA Bar No.:  680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
bk@thegeorgialawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No:  14-52573-pmb |
| | ) | |
| **Kevin Christopher D'Aloisio and** | ) | |
| **Cheryl Beth D'Aloisio,** | ) | Chapter 13 |
| | ) | |
| | ) | |
| **Debtors** | ) | |

## MOTION TO RETAIN INCOME TAX REFUND

**COME NOW,** Kevin Christopher D'Aloisio and Cheryl Beth D'Aloisio, Debtors in the above-styled case, by and through the undersigned counsel, and files this "Motion to Retain Income Tax Refund," showing this Honorable Court the following:

1.

Debtors filed a petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on February 5, 2014.

2.

Debtors' Chapter 13 Plan was confirmed on July 3, 2014.

3.

Debtors have completed their 2016 Federal Income Tax Return and per the Return, they will receive a refund of $2,863.00.  Per the confirmed Chapter 13 Plan, Debtors must send any federal tax refunds to the Chapter 13 Trustee for the calendar years 2014, 2015, 2016, 2017, and 2018.

4.

Debtors incurred auto repair debts and miscellaneous medical bills (see Exhibit A).

Debtors would like to retain the full $2,863.00 of said refund in order for them to cover these expenses.

WHEREFORE, Debtors pray;

1) That this "Motion to Retain Income Tax Refund" be filed, read and considered;

2) That the Debtors be allowed to Retain $2,863 from said Federal Income Tax Refund; and

3) That this Honorable Court grant such other and further relief as it may deem just and proper.

This 8th of June 2017.

                                                      Respectfully submitted,
Rickman & Associates, P.C.

                                                      /s/
Dan Saeger
Attorney for the Debtor
GA Bar No.: 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

# Exhibit A

```
CHILDREN'S
P.O. Box 116210

ATLANTA, GA-30368-6210
Ph:(404)785-5589                      Guarantor Name & Address
Account ID                            DALOISIO,CHERYL
5001187408                            1178 MITFORD LN

Visit ID                              DACULA, GA 30019
800072361

Detailed Bill For

Patient Name:        DALOISIO,OWEN BENJAMIN   Service Date From: 11/14/2014
Account Class:       Ambulatory Surgery        Service Date To:   11/14/2014
Attending Physician:

Charges
========================================================================
Service   Cost  Rev.  Proc.    Description              Qty.    Amount
Date      Ctr.  Code  Code
------------------------------------------------------------------------
Professional Charges
11/14/14              00126    ANES-EXT MID&INNR EAR W/B*    5   535.00
11/14/14              99100    ANES-PT EXT AGE UND 1 YR&*    1   108.00
                                                                ------
    Total professional charges:                                 643.00

Payments
========================================================================
Post Date                  Recd. From                           Amount
------------------------------------------------------------------------
Professional Payments
12/08/14                   BLUE CROSS                          -242.93
01/05/17                   Account/Patient                      -60.73
                                                                ------
    Total professional payments:                                303.66

Adjustments
========================================================================
Post Date                  Adj. For                             Amount
------------------------------------------------------------------------
Professional Adjustments
12/08/14                   BLUE CROSS                          -281.95
12/08/14                   BLUE CROSS                           -57.39
02/04/15                   Account/Patient                        0.00
                                                                ------
    Total professional adjustments:                            -339.34

Total balance:                                                    0.00
```





**SAMUEL S. KWON, DMD, PC**
3590 Braselton Highway
Suite 201
Dacula, GA 30019-1120
(678)714-7575   (678)714-7575

April 20, 2017

Kevin D'Aloisio
1178 Mitford Ln.
Dacula, GA 30019-1028

ID: 28871

**Account Aging**

| | |
|---|---|
| Current: | $103.00 |
| 30 Days: | $0.00 |
| 60 Days: | $0.00 |
| 90 Days: | ($4.50) |
| Contract: | $0.00 |
| Balance Due: | $98.50 |
| Estimated Insurance: | $48.50 |
| Balance Due Now: | $50.00 |

| Date | Patient | Provider | Transaction | Tth | Surface | Fee |
|---|---|---|---|---|---|---|
| 04/20/2017 | Lily | | Acct Pmt - Visa  VISA XXXXXXXXXXXX4122 for ($75.00) | | | |
| | Lily | Erin - HM McMahon | D1351 - SEALANT-PER TOOTH (Standard Fee $50.00) (Adjust $16.00) (Fee $34.00) | 3 | | $34.00 |
| | Lily | Erin - HM McMahon | D1351 - SEALANT-PER TOOTH (Standard Fee $50.00) (Adjust $16.00) (Fee $34.00) (Est Insurance $18.00) | 14 | | $34.00 |
| | Lily | Erin - HM McMahon | D1351 - SEALANT-PER TOOTH (Standard Fee $50.00) (Adjust $16.00) (Fee $34.00) (Est Insurance $13.50) | 19 | | $34.00 |
| | Lily | Erin - HM McMahon | D1351 - SEALANT-PER TOOTH (Standard Fee $50.00) (Adjust $16.00) (Fee $34.00) (Est Insurance $17.00) | 30 | | $34.00 |
| | Lily | PHILLIP M. STRICKLAND, DMD | D9230 - ANALGESIA 1 (Standard Fee $65.00) (Adjust $23.00) (Fee $42.00) | | | $42.00 |

| | |
|---|---|
| SubTotal: | $178.00 |
| Tax: | $0.00 |
| Today's Charges: | $178.00 |
| Today's Payment: | $75.00 |

# STATEMENT OF SERVICES RENDERED

Herr Dental Associates DBA: Auburn Dental Center
1310 Atlanta Hwy
Auburn, GA 30011
(770)339-4690

| CHART NO. | PAGE NO. |
|---|---|
| DA0049 | 1 |

**BILLING DATE:** 04/26/2017

**GUARANTOR NAME AND MAILING ADDRESS**
Kevin D'aloisio
1178 Mitford Ln
Dacula, GA 30019

| PATIENT | TOOTH | SURF | DESCRIPTION | CHARGE | CREDIT |
|---|---|---|---|---|---|
| Cheryl | | | D0120:Periodic oral evaluation | 28.00 | |
| Cheryl | | | D0220:Intraoral-periapical 1st | 15.00 | |
| Cheryl | | | D1110:Prophylaxis-adult | 59.00 | |
| Cheryl | 4 | | D1351:Sealant-per tooth | 27.00 | |
| Cheryl | 12 | | D1351:Sealant-per tooth | 27.00 | |
| Cheryl | 15 | | D1351:Sealant-per tooth | 27.00 | |
| Cheryl | 18 | MO | D2392:Resin composite-2s, poste | 121.00 | |
| Cheryl | 30 | OD | D2392:Resin composite-2s, poste | 121.00 | |
| Cheryl | | | VISA/MC Payment -Thank You | | -150.00 |

| PRIOR BALANCE | CURRENT CREDITS | CURRENT CHARGES | NEW BALANCE |
|---|---|---|---|
| 0.00 | -150.00 | 425.00 | 275.00 |

| PATIENT | DATE | TIME | REASON |
|---|---|---|---|
| Cheryl | Wednesday - November 1, 2017 | 3:30 pm | PeriodicX, PAadd, PA1st, 4BWX, ProphyAd |

Thank You for choosing us for your dental care needs. We look forward to serving you and your families needs in the future.

Copyright © 1987-2012 Henry Schein, Inc.











**CERTIFICATE OF SERVICE**

   This is to certify that on this day I served the following parties with a copy of the attached "Motion to Retain Income Tax Refund and Notice of Hearing" by placing true and correct copies of the same in the United States Mail with adequate postage affixed to insure delivery, addressed to:


Chapter 13 Trustee
Adam M. Goodman
260 Peachtree Street N.W.
Suite 200
Atlanta, GA  30303

Kevin and Cheryl D'Aloisio
1178 Mitford Lane
Dacula, GA  30019



And all creditors on attached matrix.


Dated: June 8, 2017


                  _____/s/_____
                  Dan Saeger
                  GA Bar No.: 680628


RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 14-52573-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Aug  8 17:35:02 EDT 2016 | AES/SLM Trust<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | ALTAIR OH XIII, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>Attn: Bankruptcy Dept<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | Bank of America, N.A.<br>c/o Shuping, Morse & Ross, L.L.P.<br>Attn: BK Dept.<br>6259 Riverdale Road<br>Riverdale, GA 30274-1614 |
| G. Scott Buff<br>Buff Law Firm, LLC<br>Suite D-200<br>1790 Atkinson Road<br>Lawrenceville, GA 30043-7991 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| Carrington Mortgage Services LLC<br>1600 South Douglass Rd.<br>Anaheim, CA 92806-5948 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Curtis Lee Chronister Jr.<br>Chronister Law Firm<br>Suite 3B<br>1805 Herrington Road<br>Lawrenceville, GA 30043-7987 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Sean M. Corcoran<br>Brock & Scott, PLLC<br>Suite 300<br>5121 Parkway Plaza Blvd.<br>Charlotte, NC 28217-1965 | Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Credit First/CFNA<br>Bk13 Credit Operations<br>PO Box 818011<br>Cleveland, OH 44181-8011 |
| Cheryl Beth D'Aloisio<br>1178 Mitford Lane<br>Dacula, GA 30019-7428 | Kevin Christopher D'Aloisio<br>1178 Mitford Lane<br>Dacula, GA 30019-7428 | DSNB Macys<br>PO Box 8218<br>Mason, OH 45040-8218 |
| Department Stores National Bank/Macy's<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, OH 45040-8053 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| ECMC<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | Fed Loan Serv<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | Robert J. Fehse<br>Evans Petree PC<br>Suite 200<br>1000 Ridgeway Loop Road<br>Memphis, TN 38120-4036 |

```
GECRB/ Old Navy                     GECRB/Care Credit                   GECRB/Lowes
Attention:  GEMB                    PO Box 981439                       Attention:  Bankruptcy Dept
PO Box 103104                       El Paso, TX 79998-1439              PO Box 103104
Roswell, GA 30076-9104                                                  Roswell, GA 30076-9104


GEMB/Walmart                        Adam M. Goodman                     Kohls/CapOne
Attn: Bankruptcy Dept               Adam M. Goodman, 13 Trustee         N56 W 17000 Ridgewood Dr
PO Box 103104                       Suite 200                           Menomonee Falls, WI 53051-7096
Roswell, GA 30076-9104              260 Peachtree Street
                                    Atlanta, GA 30303-1236


LVNV Funding LLC its successors and assigns   (p)PENDERGAST AND ASSOCIATES P C   Julie D. Mehelic
c/o Resurgent Capital Services      211 PERIMETER CENTER PARKWAY        Shapiro Pendergast & Hasty, LLP
PO Box 10587                        SUITE 300                           Suite 300
Greenville, SC  29603-0587          ATLANTA GA 30346-1305               211 Perimeter Center Parkway, NE
                                                                        Atlanta, GA 30346-1305


Millennia                           Navient Solutions, Inc.             PHEAA
60 Oak Hill Blvd                    P.O. Box 9640                       PO BOX 8147
Newnan, GA 30265-2314               Wilkes-Barre, PA 18773-9640         HARRISBURG, PA 17105-8147


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Quantum3 Group LLC as agent for   Quantum3 Group LLC as agent for
PO BOX 41067                        Galaxy Portfolios LLC               MOMA Funding LLC
NORFOLK VA 23541-1067               PO Box 788                          PO Box 788
                                    Kirkland, WA 98083-0788             Kirkland, WA 98083-0788


RSHK/CBSD                           Sallie Mae                          Sallie Mae
Attn.: Centralized  Bankruptcy      Attn: Claims Department             PO Box 9655
PO Box 20363                        PO Box 9500                         Wilkes Barre, PA 18773-9655
Kansas City, MO 64195-0363          Wilkes-Barre, PA 18773-9500


Sams Club / GEMB                    Sears/CBNA                          TD Auto Finance
Attn:  Bankruptcy Dept              PO Box 6282                         Robert J. Fehse, Esq.
PO Box 103104                       Sioux Falls, SD 57117-6282          Evans Petree PC
Roswell, GA 30076-9104                                                  1000 Ridgeway Loop Rd, Suite 200
                                                                        Memphis, TN 38120-4036


TD Auto Finance                     TD BANK USA, N.A.                   TD Bank USA/Target
Trustee Lockbox                     C O WEINSTEIN,PINSON AND RILEY, PS  PO Box 673
PO Box 9001897                      2001 WESTERN AVENUE, STE 400        Minneapolis, MN 55440-0673
Louisville, KY 40290-1897           SEATTLE, WA 98121-3132


US Department of Education          Us Dept Of Ed/glelsi                Us Dept Of Ed/glelsi
Claims Filing Unit                  2401 International                  PO Box 7860
PO Box 8973                         Madison, WI 53704-3121              Madison, WI 53707-7860
Madison, WI 53708-8973


Wells Fargo Bank, N.A.              Wells Fargo Fin Bank
PO Box 10438                        Attn: Bankruptcy Dept
Des Moines, IA 50306-0438           Po Box 10438
                                    Des Moines, IA 50306-0438
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
PO Box 982235
El Paso, TX 79998

Chrysler Financial
Attn: Bankruptcy Dept
PO Box 551080
Jacksonville, FL 32255

Citi
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

(d)Citibank
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

(d)Citibank SD, NA
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195

(d)Citibank Usa
Attn:Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Anthony Maselli
Shapiro, Pendergast & Hasty, LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA 30346

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bank of America, N.A.

(d)Carrington Mortgage Services, LLC
1600 South Douglass Rd.
Anaheim, CA 92806-5948

(d)ECMC
PO BOX 16408
ST. PAUL, MN, 55116-0408

(d)Quantum3 Group LLC as agent for
Galaxy Portfolios LLC
PO Box 788
Kirkland, WA  98083-0788

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

(d)Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

(d)TD Auto Finance, LLC
Robert J Fehse, Esq
Evans Petree PC
1000 Ridgeway Loop Rd., Ste 200
Memphis, TN 38120-4036

End of Label Matrix
Mailable recipients     58
Bypassed recipients      7
Total                   65